IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>       **Plaintiff**<br><br>       **v.**<br><br>**DANIEL MARTE-BEROA,**<br>       **Defendant.** | **Criminal No. 09-005 (ADC)** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Justo Arenas, Chief U.S. Magistrate Judge on January 7, 2008. (**Docket No. 21**). In said Report and Recommendation the Chief Magistrate-Judge recommends that: defendant **Daniel Marte-Beroa** be adjudged guilty of the offenses charged in a one-count information (18 U.S.C. Section 1546(a)) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered. Neither party has filed objections to the Chief Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count One of the Information in the above-captioned case.

**The sentencing hearing is set for April 14, 2009 at 5:00 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 3rd day of February, 2009.

                                                S/**AIDA M. DELGADO-COLON**
                                                **United States District Judge**